UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LYN TRAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.  3:17-cv-817 |
| | § | |
| ALLSTATE FIRE & CASUALTY | § | **(JURY)** |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Lyn Tran and Defendant Allstate Fire and Casualty Insurance Company file this Joint Notice of Settlement.  The parties have agreed to a settlement and are working to memorialize the agreement.  The parties request that the Court conditionally dismiss the case pending finalization of the settlement.

Defendant Allstate Vehicle and Property Insurance Company files this Notice with the consent of Plaintiff Lyn Tran and undersigned counsel.

Respectfully submitted,

**STACY | CONDER | ALLEN LLP**

        /s/David G. Allen
David G. Allen
State Bar No. 00786972
allen@stacyconder.com
Joel A. Richmond
State Bar No.: 24065974
richmond@stacyconder.com

901 Main Street, Suite 6200
Dallas, Texas 75202
(214) 748-5000
(214) 748-1421 (Fax)

**ATTORNEYS FOR DEFENDANT**

**MᴄCʟᴇɴɴʏ Mᴏsᴇʟᴇʏ & Assᴏᴄɪᴀᴛᴇs**

*/s/ James M. McClenny*
James M. McClenny
State Bar. 24091857
411 N. Sam Houston Pkwy. E., Ste. 200
Houston, Texas  77060
Phone:  713-334-6121
Fax:    713-322-5953
james@mma-pllc.com

**ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

On December 13, 2017 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).


*/s/ - David G. Allen*
David G. Allen