UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LYN TRAN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:17-CV-0817-B |
| | § | |
| ALLSTATE FIRE & CASUALTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court has been informed that the parties have reached a settlement in this case. Therefore, the Court **ORDERS** the parties to file their final settlement papers by **Friday, January 12, 2018**.

SO ORDERED.

SIGNED: December 13, 2017.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-