UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LYN TRAN, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. 3:17-CV-0817-B |
| | § |
| ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, | § |
| | § |
| Defendant. | § |

# FINAL JUDGMENT

This Judgment is entered pursuant to the parties' Joint Stipulation Dismissal with Prejudice. Doc. 27.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff take nothing by his suit against Defendant and that this suit be, and hereby is, **DISMISSED with prejudice**. All fees and expenses associated with this action shall be borne by the party incurring the same.

**SO ORDERED**.

SIGNED: January 16, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -